Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: jgolden@wgllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:13-bk-13587-TA |
| | § | |
| WASHINGTON AVENUE MURRIETA, LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,075,788.83 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $420,096.17 | | |

UST Form 101-7-TDR (10/1/2010)

3) Total gross receipts of $1,495,885.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,495,885.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $664,609.00 | $742,939.83 | $742,939.83 | $893,124.33 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $422,812.67 | $422,812.67 | $420,096.17 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $385,184.00 | $1,495,813.00 | $1,495,813.00 | $182,664.50 |
| **Total Disbursements** | $1,049,793.00 | $2,661,565.50 | $2,661,565.50 | $1,495,885.00 |

4). This case was originally filed under chapter 11 on 04/23/2013. The case was converted to one under Chapter 7 on 01/14/2014. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2018            By:   /s/ Jeffrey I. Golden
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 24490, 24500 AND 24520 WASHINGTON MURRIETA, CA 925 | 1122-000 | $1,495,885.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,495,885.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | RIVERSIDE COUNTY TAX COLLECTOR | 4800-000 | $664,609.00 | $742,939.83 | $742,939.83 | $893,124.33 |
| **TOTAL SECURED CLAIMS** | | | **$664,609.00** | **$742,939.83** | **$742,939.83** | **$893,124.33** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HAHN FIFE & COMPANY LLP, Trustee | 2100-000 | NA | $2,716.50 | $2,716.50 | $2,716.50 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2100-000 | NA | $68,126.55 | $68,126.55 | $65,410.05 |
| HAHN FIFE & COMPANY LLP, Trustee | 2200-000 | NA | $168.00 | $168.00 | $168.00 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2200-000 | NA | $204.40 | $204.40 | $204.40 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $405.79 | $405.79 | $405.79 |
| PRORATIONS/ADJUSTMENTSSeller credit for Oct. Cell Tower Lease Payment: $2,185.00 | 2410-000 | NA | $2,185.00 | $2,185.00 | $2,185.00 |

| | | | | | |
|---|---|---|---|---|---|
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | $1,366.94 | $1,366.94 | $1,366.94 |
| ESCROW CHARGES - Pickford Escrow Company, Inc.Escrow Fee to Pickford Escrow Company, Inc.: $3,400.00Processing Fee to Pickford Escrow Company, Inc.: $500.00Messenger/Overnight Handling Fee to Pickford Escrow Company, Inc.: $18.00Archiving Fee to Pickford Escrow Company, Inc.: $80.00 | 2500-000 | NA | $4,028.00 | $4,028.00 | $4,028.00 |
| OTHER DEBITS/CREDITSDisclosure Source for Property Disclosure Report: $224.00 | 2500-000 | NA | $224.00 | $224.00 | $224.00 |
| TITLE/TAXES/RECORDING CHARGES - First American Title Corp.Owner's Title Policy to First American Title Corp.: $2,648.00Messenger Fee to First American Title Corp.: $14.82Recording Fees to First American Title Corp.: $80.00Documentary Transfer Tax to First American Title Corp.: $1,595.00 | 2500-000 | NA | $4,337.82 | $4,337.82 | $4,337.82 |
| Integrity Bank | 2600-000 | NA | $9,084.16 | $9,084.16 | $9,084.16 |
| UNION BANK | 2600-000 | NA | $81.22 | $81.22 | $81.22 |

| | | | | | |
|---|---|---|---|---|---|
| PRORATIONS/ADJUSTMENTSAPN 90607009-7 at $3120.35/semi-annually from 7/1/2015 to 9/30/15: $1,542.84APN 906070060-2 at $3233.31/semi-annually from 7/1/2015 to 9/30/15: $1,598.69APN 909070080-0 at $3088.22/semi-annually from 7/1/2015 to 9/30/15: $1,526.95APN 906070081-1 at $3659.43/semi-annually from 7/1/2015 to 9/30/15: $1,809.38 | 2820-000 | NA | $6,447.86 | $6,447.86 | $6,447.86 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| JEFFREY G. GOMBERG, SUCCESSOR IN INTEREST TO | 2990-802 | NA | $14,706.87 | $14,706.87 | $14,706.87 |
| LLOYD A. CHARTON AND STELLA M. CHARTON, | 2990-802 | NA | $36,742.25 | $36,742.25 | $36,742.25 |
| PAMELA FRANKLIN, A MARRIED WOMAN | 2990-802 | NA | $1,844.59 | $1,844.59 | $1,844.59 |
| PAUL P. KRASNER, M.D., TRUSTEE OF THE | 2990-802 | NA | $3,689.18 | $3,689.18 | $3,689.18 |
| ROBERT L. WELLS TRUSTEE | 2990-802 | NA | $14,706.87 | $14,706.87 | $14,706.87 |
| STANLEY F. FRANKLIN, TRUSTEE OF THE | 2990-802 | NA | $1,844.59 | $1,844.59 | $1,844.59 |
| LAW OFFICES OF MICHAEL G. SPECTOR , Attorney for Trustee | 3210-000 | NA | $19,680.00 | $19,680.00 | $19,680.00 |
| MARSHACK HAYS LLP, Special Counsel for Trustee | 3210-600 | NA | $124,949.00 | $124,949.00 | $124,949.00 |
| LAW OFFICES OF MICHAEL G. SPECTOR, Attorney for Trustee | 3220-000 | NA | $514.15 | $514.15 | $514.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| MARSHACK HAYS LLP, Special Counsel for Trustee | 3220-610 | NA | $1,145.57 | $1,145.57 | $1,145.57 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3410-000 | NA | $12,548.00 | $12,548.00 | $12,548.00 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3420-000 | NA | $584.90 | $584.90 | $584.90 |
| COMMISSION CHARGESNAI Capital, Inc.: $87,000, Realtor for Trustee | 3510-000 | NA | $87,000.00 | $87,000.00 | $87,000.00 |
| FRANCHISE TAX BOARD, Other Professional | 3991-000 | NA | $2,505.46 | $2,505.46 | $2,505.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $422,812.67 | $422,812.67 | $420,096.17 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JEFF GOMBERG | 7100-000 | $0.00 | $203,000.00 | $203,000.00 | $24,789.79 |
| 5 | THE GHH FAMILY TRUST, HELEN F. HERMESTROFF, TRUSTEE | 7100-000 | $0.00 | $65,088.00 | $65,088.00 | $7,948.37 |
| 6 | HOWARD B. GROBSTEIN, IN HIS CAPACITY AS THE CHAPTER 7 TRUSTEE FOR THE ESTATE OF POINT CENTER FINANCI | 7100-000 | $385,184.00 | $1,227,725.00 | $1,227,725.00 | $149,926.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $385,184.00 | $1,495,813.00 | $1,495,813.00 | $182,664.50 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
Page No: 1    Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-13587-TA | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Date Filed (f) or Converted (c): | 01/14/2014 (c) |
| For the Period Ending: | 9/24/2018 | §341(a) Meeting Date: | 02/19/2014 |
| | | Claims Bar Date: | 07/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  24490, 24500 AND 24520 WASHINGTON MURRIETA, CA 925 | $1,000,000.00 | $1,000,000.00 | | $1,495,885.00 | FA |
| **Asset Notes:** Property was sold on 9/23/15 for $1,450,000.00. Per the sale motion, TIC Holders were paid percentages based upon their interest in the property for a combined total of 14.75% of the sale proceeds and lease payments from the cell phone tower. The rents from the cell phone tower also included in the total amount received of $1,495,885.00. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**
$1,000,000.00    $1,000,000.00    $1,495,885.00    $0.00

**Major Activities affecting case closing:**

Case 8:13-bk-13587-TA    Doc 164    Filed 10/04/18    Entered 10/04/18 14:20:39    Desc
Main Document    Page 8 of 20

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 13-13587-TA | | | Trustee Name: | Jeffrey I. Golden |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | | | Date Filed (f) or Converted (c): | 01/14/2014 (c) |
| For the Period Ending: | 9/24/2018 | | | §341(a) Meeting Date: | 02/19/2014 |
| | | | | Claims Bar Date: | 07/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/30/2017    P.E. 9/30/17: The Trustee's final report was filed on May 2, 2017 with the hearing date set for May 30, 2017.  The TFR order was entered on May 31, 2017.  Final distribution checks were prepared and mailed out on or around June 1, 2017.  The Trustee is waiting for the Estate's bank account to zero balance and once that happens will submit his TDR to the OUST.

FINAL REPORT:  The Trustee has reviewed all claims on file and has determined that claims objections are not necessary.  Former Trustee, David Hahn, will be paid his statutory cap of $2,716.50 based upon his collection of $19,665 prior to his passing.  Trustee Hahn's expenses to be paid total $168.00.  Trustee Golden to be paid his statutory cap of $65,126.55 based upon the total receipts received into the Estate of $1,495,885.00 ($68,126.55) less Trustee Hahn's cap ($2,716.50).  The FTB filed Claim No. 4 on April 28, 2014 and amended their claim on March 3, 2015.  The claim is for taxes incurred for taxable period 12/31/2014 and 12/31/2015.  The Trustee's accountant has prepared the year end returns for 2016 and an additional $800 is due.  This brings the total Ch. 7 Administrative Expense owed to the FTB to $2,505.46.  This case is now ready to be closed.

P.E. 9/30/16:  All assets have been administered in this case.  The Estate tax returns were done and the audit period has expired.  The Trustee anticipates submitting the final report in this case before March 31, 2017.

P.E. 9/30/15:  Trustee Golden was appointed in this case on 10/13/14.

The Estate owned an 85.25% interest in real property in Murrieta, CA. A stipulation with the co-owners was entered into allowing the Trustee to sell the co-owned property. The court entered an order granting the Trustee's motion approving the stipulation to sell the co-owned property on May 11, 2015.

On September 23, 2015, the court approved the sale of the property to Mighty Development Inc. for $1,450,000. Escrow closed on September 30, 2015. The net to the estate, after payment to the TIC holders, real estate brokers and all other costs of sale, is approx. $385,886.67. (Payment to the Trustee per the Final Settlement Statement is $452,652.99). The proceeds from the sale of the property were received and deposited into the estate's bank account on October 7, 2015.  The Trustee will be consulting with general counsel, Michael Spector, to determine the proper distributions to TIC Holders and to the members of the LLC.

The Trustee's accountant will be filing the estate's tax return and the Trustee will review all claims on file to determine whether objections are necessary.

The Trustee anticipates submitting his TFR in this case by March 31, 2016.

MARCH 2014

The Estate owns an 85.25% tenant in common interest in 4 parcels of real property in Murrieta, California totaling approximately 11.91 acres. The property was previously entitled for the development of a commercial retail center; however those entitlements expired at the end of 2008.There are approximately $750,000 in past due property taxes.

The Trustee is analyzing the value of the Property and has contacted real estate brokers for valuation and potential listing of the Property. The Trustee either has to reach a consensual agreement with the co-owners/"TICS" or file an adversary proceeding under §363h of the Bankruptcy Code to sell co-owned Property. An adjacent property owner has submitted a

| Case No.: | 13-13587-TA | | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | | Date Filed (f) or Converted (c): | 01/14/2014 (c) |
| For the Period Ending: | 9/24/2018 | | §341(a) Meeting Date: | 02/19/2014 |
| | | | Claims Bar Date: | 07/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

proposal to purchase one parcel of the Property. At the current time the Trustee believes the offer is below fair market value, based on preliminary broker information.  One or more TIC owners have also requested time to submit a proposal to the Trustee.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 04/30/2017 | /s/ JEFFREY I. GOLDEN |
|---|---|---|---|---|
| | | | | JEFFREY I. GOLDEN |

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 13-13587-TA | | **Trustee Name:** | Jeffrey I Golden |
| **Case Name:** | WASHINGTON AVENUE MURRIETA, LLC | | **Bank Name:** | UNION BANK |
| **Primary Taxpayer ID #:** | **-***2549 | | **Checking Acct #:** | ******3108 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account (Non-Interest Earn |
| **For Period Beginning:** | 4/23/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/24/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/08/2014 | (1) | SBA STEEL, LLC | RENT | 1122-000 | $2,185.00 | | $2,185.00 |
| 05/08/2014 | (1) | SBA STEEL, LLC | RENT | 1122-000 | $2,185.00 | | $4,370.00 |
| 05/30/2014 | (1) | SBA STEEL, LLC | RENT | 1122-000 | $2,185.00 | | $6,555.00 |
| 06/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $6,540.00 |
| 07/01/2014 | (1) | SBA STEEL, LLC | RENT | 1122-000 | $2,185.00 | | $8,725.00 |
| 07/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,710.00 |
| 07/29/2014 | 30001 | TRUSTEE INSURANCE AGENCY | INSURANCE INV 3203 AND 2797 | 2420-000 | | $91.94 | $8,618.06 |
| 07/30/2014 | (1) | SBA STEEL, LLC | RENT AUG | 1122-000 | $2,185.00 | | $10,803.06 |
| 08/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $10,788.06 |
| 09/03/2014 | (1) | SBA STEEL, LLC | RENT SEPT | 1122-000 | $2,185.00 | | $12,973.06 |
| 09/19/2014 | (1) | SBA STEEL, LLC | RENT FEB AND MARCH 2014 | 1122-000 | $4,370.00 | | $17,343.06 |
| 09/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $16.10 | $17,326.96 |
| 09/29/2014 | (1) | SBA STEEL, LLC | RENT SEPT | 1122-000 | $2,185.00 | | $19,511.96 |
| 10/25/2014 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $20.12 | $19,491.84 |
| 12/12/2014 | 30002 | UNION BANK | TURNOVER OF FUNDS FROM FORMER TRUSTEE DAVID HAHN'S ESTATE ACCOUNT TO TRUSTEE GOLDEN'S ESTATE ACCOUNT | 9999-000 | | $19,491.84 | $0.00 |

**SUBTOTALS**    $19,665.00    $19,665.00

**FORM 2**  
Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3108 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $19,665.00 | $19,665.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $19,491.84 | |
| | | | **Subtotal** | | $19,665.00 | $173.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $19,665.00 | $173.16 | |

|  For the period of 4/23/2013 to 9/24/2018 |  | For the entire history of the account between 05/08/2014 to 9/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,665.00 | Total Compensable Receipts: | $19,665.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,665.00 | Total Comp/Non Comp Receipts: | $19,665.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $173.16 | Total Compensable Disbursements: | $173.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $173.16 | Total Comp/Non Comp Disbursements: | $173.16 |
| Total Internal/Transfer Disbursements: | $19,491.84 | Total Internal/Transfer Disbursements: | $19,491.84 |

FORM 2

Page No: 3    Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.| 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/03/2014 | (1) | SBA STEEL, LLC | RENT FOR NOV. 2014 | 1122-000 | $2,185.00 |  | $2,185.00 |
| 11/30/2014 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $2.95 | $2,182.05 |
| 12/05/2014 | (1) | SBA STEEL, LLC | RENT FOR DEC. 2014 | 1122-000 | $2,185.00 |  | $4,367.05 |
| 12/12/2014 |  | UNION BANK | FUNDS FROM FORMER TRUSTEE DAVID HAHN'S ESTATE ACCOUNT | 9999-000 | $19,491.84 |  | $23,858.89 |
| 12/31/2014 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $22.36 | $23,836.53 |
| 01/08/2015 | 1001 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 |  | $25.04 | $23,811.49 |
| 01/12/2015 | (1) | SBA STEEL, LLC | RENT FOR JAN. 2015 | 1122-000 | $2,185.00 |  | $25,996.49 |
| 01/31/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $40.47 | $25,956.02 |
| 02/06/2015 | (1) | SBA STEEL, LLC | RENT FOR FEB. 2015 | 1122-000 | $2,185.00 |  | $28,141.02 |
| 02/28/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $39.98 | $28,101.04 |
| 03/16/2015 | (1) | SBA STEEL, LLC | RENT FOR MAR. 2015 | 1122-000 | $2,185.00 |  | $30,286.04 |
| 03/20/2015 |  | INTERNATIONAL SURETIES LTD. | REFUND OF BOND PREMIUM PREMIUM COST PER THOUSAND WAS DECREASED FROM .80 TO .50 RETROACTIVELY TO JANUARY 1, 2015 | 2300-000 |  | ($8.61) | $30,294.65 |
| 03/31/2015 | (1) | SBA STEEL, LLC | RENT FOR APRIL 2015 | 1122-000 | $2,185.00 |  | $32,479.65 |
| 03/31/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $46.92 | $32,432.73 |
| 04/03/2015 | 1002 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L APRIL 2014 - APRIL 2015 INV. #2785, 2797, 3203, 3386, 3509, 3639, 3792, 3995, 4130, 4276, 4451 PAID PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $825.00 | $31,607.73 |
| 04/30/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $49.78 | $31,557.95 |
| 05/05/2015 | (1) | SBA STEEL LLC | RENT FOR MAY 2015 | 1122-000 | $2,185.00 |  | $33,742.95 |
| 05/18/2015 | 1003 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L MAY 2015 INV. #4593 PAID PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $33,667.95 |

|  |  |  | SUBTOTALS | $34,786.84 | $1,118.89 |
|---|---|---|---|---|---|

**FORM 2** Page No: 4  Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2015 | 1004 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L<br>JUNE 2015<br>INV. #4737<br>PAID PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $33,592.95 |
| 05/31/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $53.74 | $33,539.21 |
| 06/12/2015 | (1) | SBA STEEL LLC | RENT FOR JUNE 2015 | 1122-000 | $2,185.00 |  | $35,724.21 |
| 06/29/2015 | 1005 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L<br>JULY 2015<br>INV. #4896<br>PAID PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $35,649.21 |
| 06/30/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $54.09 | $35,595.12 |
| 07/30/2015 | 1006 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L<br>AUG 2015<br>INV. #5052<br>PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $35,520.12 |
| 07/31/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $57.45 | $35,462.67 |
| 08/03/2015 | 1007 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 |  | $2.39 | $35,460.28 |
| 08/07/2015 | (1) | SBA STEEL LLC | RENT FOR JULY 2015 | 1122-000 | $2,185.00 |  | $37,645.28 |
| 08/07/2015 | (1) | SBA STEEL LLC | RENT FOR AUGUST 2015 | 1122-000 | $2,185.00 |  | $39,830.28 |
| 08/26/2015 | 1008 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L<br>SEPT 2015<br>INV. #5218<br>PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $39,755.28 |
| 08/31/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $62.24 | $39,693.04 |
| 09/28/2015 | 1009 | TRUSTEE INSURANCE AGENCY | INSURANCE - G/L<br>OCT 2015<br>INV. #5218<br>PER COURT ORDER ENTERED 3/9/15 | 2420-000 |  | $75.00 | $39,618.04 |
| 09/30/2015 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $61.99 | $39,556.05 |

**SUBTOTALS**  $6,555.00   $666.90

**FORM 2**  Page No: 5  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/07/2015 | | PICKFORD ESCROW COMPANY, INC. | SALE PROCEEDS<br>Property located at 24490, 24500 and 24520 Washington Avenue, Murrieta, CA 92562<br>Total Sale Price: $1,450,000.00 | * | $452,652.99 | | $492,209.04 |
| | {1} | | Total consideration    $1,450,000.00 | 1110-000 | | | $492,209.04 |
| | | | PRORATIONS/ADJUSTMENTS    $(6,447.86)<br>APN 90607009-7 at $3120.35/semi-annually from 7/1/2015 to 9/30/15: $1,542.84<br>APN 906070060-2 at $3233.31/semi-annually from 7/1/2015 to 9/30/15:  $1,598.69<br>APN 909070080-0 at $3088.22/semi-annually from 7/1/2015 to 9/30/15:  $1,526.95<br>APN 906070081-1 at $3659.43/semi-annually from 7/1/2015 to 9/30/15:  $1,809.38 | 2820-000 | | | $492,209.04 |
| | | | PRORATIONS/ADJUSTMENTS    $(2,185.00)<br>Seller credit for Oct. Cell Tower Lease Payment: $2,185.00 | 2410-000 | | | $492,209.04 |
| | | | COMMISSION CHARGES    $(87,000.00)<br>NAI Capital, Inc.:  $87,000 | 3510-000 | | | $492,209.04 |
| | | | OTHER DEBITS/CREDITS    $(224.00)<br>Disclosure Source for Property Disclosure Report: $224.00 | 2500-000 | | | $492,209.04 |

**SUBTOTALS**    $452,652.99    $0.00

FORM 2

Page No: 6        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13587-TA | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TITLE/TAXES/RECORDING CHARGES - First American Title Corp.  $(4,337.82)<br>Owner's Title Policy to First American Title Corp.: $2,648.00<br>Messenger Fee to First American Title Corp.: $14.82<br>Recording Fees to First American Title Corp.: $80.00<br>Documentary Transfer Tax to First American Title Corp.: $1,595.00 | 2500-000 | | | $492,209.04 |
| | | | ESCROW CHARGES - Pickford Escrow Company, Inc.  $(4,028.00)<br>Escrow Fee to Pickford Escrow Company, Inc.: $3,400.00<br>Processing Fee to Pickford Escrow Company, Inc.: $500.00<br>Messenger/Overnight Handling Fee to Pickford Escrow Company, Inc.: $18.00<br>Archiving Fee to Pickford Escrow Company, Inc.: $80.00 | 2500-000 | | | $492,209.04 |
| | | | TAXES  $(893,124.33)<br>Delinquent Taxes to Riverside County Tax Collector: $893,124.33 | 4800-000 | | | $492,209.04 |
| 10/09/2015 | (1) | SBA STEEL LLC | RENT FOR SEPTEMBER 2015 | 1122-000 | $2,185.00 | | $494,394.04 |
| 10/09/2015 | (1) | SBA STEEL LLC | RENT FOR OCTOBER 2015<br>ESCROW CLOSED ON 9/30/15 AND THIS RENT WAS CREDITED BACK TO THE SELLER THROUGH ESCROW | 1122-000 | $2,185.00 | | $496,579.04 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $633.38 | $495,945.66 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $774.12 | $495,171.54 |

**SUBTOTALS**    $4,370.00    $1,407.50

**FORM 2**

Page No: 7    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13587-TA | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2015 | 1010 | MARSHACK HAYS LLP | TRUSTEE'S SPECIAL REAL ESTATE COUNSEL - FEES; PAID PER COURT ORDER ENTERED 12/18/15 | 3210-600 | | $124,949.00 | $370,222.54 |
| 12/21/2015 | 1011 | MARSHACK HAYS LLP | TRUSTEE'S SPECIAL REAL ESTATE COUNSEL - EXPENSES; PAID PER COURT ORDER ENTERED 12/18/15 | 3220-610 | | $1,145.57 | $369,076.97 |
| 12/21/2015 | 1012 | LAW OFFICES OF MICHAEL G. SPECTOR | TRUSTEE'S GENERAL COUNSEL - FEES PAID PER COURT ORDER ENTERED 12/18/15 | 3210-000 | | $13,817.00 | $355,259.97 |
| 12/21/2015 | 1013 | LAW OFFICES OF MICHAEL G. SPECTOR | TRUSTEE'S GENERAL COUNSEL - EXPENSES PAID PER COURT ORDER ENTERED 12/18/15 | 3220-000 | | $391.85 | $354,868.12 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $798.68 | $354,069.44 |
| 01/12/2016 | 1014 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | $249.51 | $353,819.93 |
| 01/22/2016 | 1015 | LLOYD A. CHARTON AND STELLA M. CHARTON, | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $3,381.72 PROPERTY SALE PAYMENT: $33,360.53 | 2990-802 | | $36,742.25 | $317,077.68 |
| 01/22/2016 | 1016 | PAMELA FRANKLIN, A MARRIED WOMAN | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $169.77 PROPERTY SALE PAYMENT: $1,674.82 | 2990-802 | | $1,844.59 | $315,233.09 |
| 01/22/2016 | 1017 | STANLEY F. FRANKLIN, TRUSTEE OF THE | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $169.77 PROPERTY SALE PAYMENT: $1,674.82 | 2990-802 | | $1,844.59 | $313,388.50 |
| 01/22/2016 | 1018 | PAUL P. KRASNER, M.D., TRUSTEE OF THE | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $339.55 PROPERTY SALE PAYMENT: $3,349.63 | 2990-802 | | $3,689.18 | $309,699.32 |

| | | | | **SUBTOTALS** | $0.00 | $185,472.22 | |

**FORM 2**      Page No: 8     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2016 | 1019 | JEFFREY G. GOMBERG, SUCCESSOR IN INTEREST TO | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $1,353.61 PROPERTY SALE PAYMENT: $13,353.26 | 2990-802 | | $14,706.87 | $294,992.45 |
| 01/22/2016 | 1020 | ROBERT L. WELLS TRUSTEE | DISTRIBUTION PAID TO TIC HOLDER PER COURT ORDER ENTERED 9/23/15 CELL TOWER PAYMENT: $1,353.61 PROPERTY SALE PAYMENT: $13,353.26 | 2990-802 | | $14,706.87 | $280,285.58 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $600.21 | $279,685.37 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $520.73 | $279,164.64 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $460.04 | $278,704.60 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $435.03 | $278,269.57 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $448.83 | $277,820.74 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $433.65 | $277,387.09 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $447.40 | $276,939.69 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $446.68 | $276,493.01 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $431.58 | $276,061.43 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $445.26 | $275,616.17 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $430.21 | $275,185.96 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $443.85 | $274,742.11 |
| 01/23/2017 | 1021 | INTERNATIONAL SURETIES LTD. | BOND #016030866 TERM 01/04/17 TO 01/04/18 | 2300-000 | | $137.46 | $274,604.65 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $443.13 | $274,161.52 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $399.41 | $273,762.11 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $427.31 | $273,334.80 |
| 05/01/2017 | | Integrity Bank | reverse bank fee | 2600-000 | | ($427.31) | $273,762.11 |
| 06/01/2017 | 1022 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE PAID PER COURT ORDER ENTERED 5/31/17 | 2100-000 | | $65,410.05 | $208,352.06 |
| | | | **SUBTOTALS** | | **$0.00** | **$101,347.26** | |

**FORM 2**        Page No: 9     Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2017 | 1023 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE EXPENSES PAID PER COURT ORDER ENTERED 5/31/17 | 2200-000 | | $204.40 | $208,147.66 |
| 06/01/2017 | 1024 | DAVID L. HAHN, TRUSTEE | FORMER TRUSTEE FEE PAID PER COURT ORDER ENTERED 5/31/17 | 2100-003 | | $2,716.50 | $205,431.16 |
| 06/01/2017 | 1025 | DAVID L. HAHN, TRUSTEE | FORMER TRUSTEE EXPENSES PAID PER COURT ORDER ENTERED 5/31/17 | 2200-003 | | $168.00 | $205,263.16 |
| 06/01/2017 | 1026 | LAW OFFICES OF MICHAEL G. SPECTOR | ATTORNEY FOR TRUSTEE - FEE PAID PER COURT ORDER ENTERED 5/31/17 | 3210-000 | | $5,863.00 | $199,400.16 |
| 06/01/2017 | 1027 | LAW OFFICES OF MICHAEL G. SPECTOR | ATTORNEY FOR TRUSTEE - EXPENSES PAID PER COURT ORDER ENTERED 5/31/17 | 3220-000 | | $122.30 | $199,277.86 |
| 06/01/2017 | 1028 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - FEE PAID PER COURT ORDER ENTERED 5/31/17 | 3410-000 | | $12,548.00 | $186,729.86 |
| 06/01/2017 | 1029 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES PAID PER COURT ORDER ENTERED 5/31/17 | 3420-000 | | $584.90 | $186,144.96 |
| 06/01/2017 | 1030 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM NO. 4 (INCLUDES $800 OWED FOR YEAR ENDING 2016); PAID PER COURT ORDER ENTERED 5/31/17 | 3991-000 | | $2,505.46 | $183,639.50 |
| 06/01/2017 | 1031 | OFFICE OF THE U.S. TRUSTEE | U.S. TRUSTEE QUARTERLY FEE PAID PER COURT ORDER ENTERED 5/31/17 | 2950-000 | | $975.00 | $182,664.50 |
| 06/01/2017 | 1032 | JEFF GOMBERG | GENERAL UNSECURED 726(a)(2) CLAIM #3 PAID @ 12.2% OF ALLOWED AMOUNT | 7100-000 | | $24,789.79 | $157,874.71 |
| 06/01/2017 | 1033 | THE GHH FAMILY TRUST, HELEN F. HERMESTROFF, TRUSTEE | GENERAL UNSECURED 726(a)(2) CLAIM #5 PAID @ 12.2% OF ALLOWED AMOUNT | 7100-000 | | $7,948.37 | $149,926.34 |
| 06/01/2017 | 1034 | HOWARD B. GROBSTEIN, CHAPTER 7 TRUSTEE | GENERAL UNSECURED 726(a)(2) CLAIM #6 PAID @ 12.2% OF ALLOWED AMOUNT | 7100-000 | | $149,926.34 | $0.00 |
| 06/09/2017 | 1024 | VOID: DAVID L. HAHN, TRUSTEE | VOID TO REISSUE TO HAHN FIFE & COMPANY PER SHELLY HAHN'S REQUEST (FORMER TRUSTEE'S WIDOW) | 2100-003 | | ($2,716.50) | $2,716.50 |
| 06/09/2017 | 1025 | VOID: DAVID L. HAHN, TRUSTEE | VOID TO REISSUE TO HAHN FIFE & COMPANY PER SHELLY HAHN'S REQUEST (FORMER TRUSTEE'S WIDOW) | 2200-003 | | ($168.00) | $2,884.50 |
| | | | **SUBTOTALS** | | **$0.00** | **$205,467.56** | |

**FORM 2**

Page No: 10    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 13-13587-TA | Trustee Name: | Jeffrey I Golden |
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/09/2017 | 1035 | HAHN FIFE & COMPANY LLP | FORMER TRUSTEE FEE<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2100-003 | | $2,716.50 | $168.00 |
| 06/09/2017 | 1036 | HAHN FIFE & COMPANY LLP | FORMER TRUSTEE EXPENSES<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2200-003 | | $168.00 | $0.00 |
| 01/16/2018 | 1035 | STOP PAYMENT: HAHN FIFE & COMPANY LLP | FORMER TRUSTEE FEE<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2100-004 | | ($2,716.50) | $2,716.50 |
| 01/16/2018 | 1036 | STOP PAYMENT: HAHN FIFE & COMPANY LLP | FORMER TRUSTEE EXPENSES<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2200-004 | | ($168.00) | $2,884.50 |
| 04/02/2018 | 1037 | HAHN FIFE & COMPANY LLP | FORMER TRUSTEE FEE<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2100-000 | | $2,716.50 | $168.00 |
| 04/02/2018 | 1038 | HAHN FIFE & COMPANY LLP | FORMER TRUSTEE EXPENSES<br>PAID PER COURT ORDER ENTERED 5/31/17 | 2200-000 | | $168.00 | $0.00 |

|  |  | | |
|---|---|---|---|
| | **TOTALS:** | $498,364.83 | $498,364.83 | $0.00 |
| | Less: Bank transfers/CDs | $19,491.84 | $0.00 | |
| | **Subtotal** | $478,872.99 | $498,364.83 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | **Net** | $478,872.99 | $498,364.83 | |

| For the period of 4/23/2013 to 9/24/2018 | | For the entire history of the account between 11/03/2014 to 9/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,476,220.00 | Total Compensable Receipts: | $1,476,220.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,476,220.00 | Total Comp/Non Comp Receipts: | $1,476,220.00 |
| Total Internal/Transfer Receipts: | $19,491.84 | Total Internal/Transfer Receipts: | $19,491.84 |
| | | | |
| Total Compensable Disbursements: | $1,422,177.49 | Total Compensable Disbursements: | $1,422,177.49 |
| Total Non-Compensable Disbursements: | $73,534.35 | Total Non-Compensable Disbursements: | $73,534.35 |
| Total Comp/Non Comp Disbursements: | $1,495,711.84 | Total Comp/Non Comp Disbursements: | $1,495,711.84 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13587-TA | | Trustee Name: | Jeffrey I Golden |
| Case Name: | WASHINGTON AVENUE MURRIETA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2549 | | Checking Acct #: | ******3587 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/23/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $498,537.99 | $498,537.99 | $0.00 |

| For the period of 4/23/2013 to 9/24/2018 | | For the entire history of the case between 01/14/2014 to 9/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,495,885.00 | Total Compensable Receipts: | $1,495,885.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,495,885.00 | Total Comp/Non Comp Receipts: | $1,495,885.00 |
| Total Internal/Transfer Receipts: | $19,491.84 | Total Internal/Transfer Receipts: | $19,491.84 |
| | | | |
| Total Compensable Disbursements: | $1,422,350.65 | Total Compensable Disbursements: | $1,422,350.65 |
| Total Non-Compensable Disbursements: | $73,534.35 | Total Non-Compensable Disbursements: | $73,534.35 |
| Total Comp/Non Comp Disbursements: | $1,495,885.00 | Total Comp/Non Comp Disbursements: | $1,495,885.00 |
| Total Internal/Transfer Disbursements: | $19,491.84 | Total Internal/Transfer Disbursements: | $19,491.84 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN